1  GIA N. MARINA
   Nevada Bar No. 15276
2  **CLARK HILL PLLC**
   3800 Howard Hughes Drive, Suite 500
3  Las Vegas, Nevada  89169
   E-mail: gmarina@clarkhill.com
4  Telephone:  (702) 862-8300
   Facsimile:  (702) 862-8400
5  *Attorney for Defendant*
   *Equifax Information Services LLC*
6

7

8                       **UNITED STATES DISTRICT COURT**
                             **DISTRICT OF NEVADA**
9

10  FE AGUILAR,                                ) Case No. 2:22-cv-00719-CDS-EJY
                                               )
11                 Plaintiff,                  )
                                               )
12  vs.                                        ) **JOINT MOTION FOR EXTENSION OF**
                                               ) **TIME FOR DEFENDANT EQUIFAX**
13  EQUIFAX INFORMATION SERVICES, LLC;         ) **INFORMATION SERVICES LLC TO**
    and SERVICE FEDERAL CREDIT UNION           ) **FILE ANSWER**
14  dba SERVICE CREDIT UNION,                  )
                                               ) **FIRST REQUEST**
15                                             )
                   Defendants.                 )
16

17
       Defendant Equifax Information Services LLC ("Equifax") has requested an extension of
18
   time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has
19
   no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED
20
   to by and among counsel, that Defendant Equifax Information Services LLC's time to answer,
21
   move or otherwise respond to the Complaint in this action is extended from May 31, 2022 through
22
   and including **June 30, 2022**.  The request was made by Equifax so that it can have an opportunity
23
   to
24
   / /
25
   / /
26
27 / /
28

1  collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff
2  approves. This stipulation is filed in good faith and not intended to cause delay.
3
        Respectfully submitted, this 27th day of May, 2022.

CLARK HILL PLLC

By: /s/Gia N. Marina
Gia N. Marina
Nevada Bar No. 15276
3800 Howard Hughes Pkwy,
Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: gmarina@clarkhill.com

*Attorney for Defendant Equifax Information Services LLC*
**<u>No opposition</u>**

/s/Gerardo Avalos
Michael Kind, Esq.
Nevada Bar No. 13903
KIND LAW
8860 South Maryland Parkway, Suite 106
Las Vegas, NV 89123
Phone: (702) 337-2322
Fax: (702) 329-5881
Email: mk@kindlaw.com

George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: May 27th, 2022